Robert Lundstrum, trading as Sterling Floral Company, appellee, v. Illinois Northern Utilities Company, appellant. Gen. No. 6,788.

Action to recover for damage to vegetation by gas. Judgment for plaintiff. Appeal from the City Court of Sterling; the Hon. Carl E. Sheldon, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920. Rehearing denied November 11, 1920.

Henry S. Dixon, George C. Dixon and Sherwood Dixon, for appellant. Philip H. Ward, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Ethel G. Pattison, appellant, v. Douglas Pattison, appellee. Gen. No. 6,808.

Petition for rule to show cause why husband should not be held in contempt for failure to pay alimony. Decree reducing alimony. Appeal from the Circuit Court of Carroll county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920. Rehearing denied December 2, 1920. Heard, J., took no part.

Elwyn R. Shaw, for appellant. A. E. Fisher, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Maude Henning, appellee, v. Hanover Fire Insurance Company of New York, appellant. Gen. No. 6,810.

Action on a fire insurance policy. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 12, 1920.

Clarence W. Heyl and Harry C. Heyl, for appellant. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Lewis H. Bower, appellee, v. Herbert W. Hancock, appellant. Gen. No. 6,800.

Trover to recover for a stolen automobile in possession of defendant. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

E. V. Champion and Tichenor, Todd, Wilson & Barnett, for appellant. Ren L. Thurman, for appellee; McGrath & Thurman, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.